# OFFICE OF THE FEDERAL PUBLIC DEFENDER
## District of Hawaii



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jul 23, 2021, 12:54 pm
Michelle Rynne, Clerk of Court

Salina M. Kanai
Federal Defender
salina_kanai@fd.org

300 Ala Moana Boulevard, Suite 7-104
Honolulu, Hawaii 96850-5269

Phone (808) 541-2521 ♦ Toll free (877) 541-2521 ♦ Facsimile (808) 541-3545

---

July 23, 2021

MC 21-00299 LEK-KJM

Wes Reber Porter
U.S. Magistrate Judge
United States District Court
U.S. Courthouse
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

Re: Appointment of Counsel for Erin Virginia Mazzei
And Christopher Anthony Mazzei

Your Honor:

Attached are completed Financial Affidavits by Erin Virginia Mazzei and Christopher Anthony Mazzei. They have received target letters of a federal criminal joint investigation by the Internal Revenue Service Criminal Investigation, the Federal Deposit Insurance Corporation Office of Inspector General, and the Board of Governors of the Federal Reserve System Office of Inspector General. They are requesting assistance of counsel in this matter.

If Erin Mazzei qualifies, we would ask that our office be appointed to her case. A member of the CJA panel would then be appointed to represent Christopher Mazzei. Thank you.

Very truly yours,

SALINA M. KANAI
Federal Public Defender
District of Hawaii

SMK:hh

Attachments